Dismissed and Memorandum Opinion filed July 7, 2011.



 



In The

 

Fourteenth Court of
Appeals

                                                                                          



NO. 14-11-00545-CR



 

Dung Quoc Nguyen, Appellant

V.

The State of Texas, Appellee

 



On Appeal from the 178th
District Court

Harris County, Texas

Trial Court Cause No. 1226450



 

MEMORANDUM  OPINION

 

This is an attempted appeal from the denial of
appellant’s motion for new trial.

In case number, 14-11-00292-CR, appellant has
appealed his conviction for the offense of murder.  In this appeal, appellant
attempts to bring a separate appeal from the denial of his motion for new
trial.  Appellant may challenge the denial of the motion for new trial in the
appeal from appellant’s conviction.  Accordingly, appellate timetables for
perfection run from the date of sentencing or the signing of an appealable
order, not from the overruling of a motion for new trial.  Tex. R. App. P.
26.2.  An appeal from the denial of a motion for new trial, separate and apart
from an appeal from the conviction, is therefore improper.

Accordingly, the appeal is ordered dismissed.

                                                                                    PER
CURIAM

 

 

 

Panel consists of Justices Frost, Jamison, and McCally.

Do Not Publish — Tex. R. App. P. 47.2(b).